IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-253-GCM

| CARL YARBOR, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | PRETRIAL ORDER AND |
| | ) | CASE MANAGEMENT PLAN |
| v. | ) | |
| | ) | |
| U.S. AIRWAYS, INC., | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Per the Certification of Initial Attorney Conference, a maximum of 8 depositions by each party is allowed. The Pretrial Order and Case Management plan contained a clerical error in the Discovery Guidelines.

THERFORE, IT IS ORDERED that that applicable sentence in **Section I. Discovery; A. Discovery Guidelines** be corrected as follows: "each party may depose no more than 8 fact witnesses without prior approval of the court."

IT IS SO ORDERED.

Signed: July 20, 2015

Graham C. Mullen
United States District Judge