IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-253-GCM

| | |
|---|---|
| CARL YARBOR, ) | |
|     Plaintiff, ) | |
| ) | |
| v ) | **ORDER** |
| ) | |
| US AIRWAYS, INC., ) | |
|     Defendant. ) | |

THIS MATTER is before the Court on its own motion. The trial in this matter is **RE-SET for the February 13, 2017** term of court.

IT IS SO ORDERED.

Signed: November 29, 2016

Graham C. Mullen
United States District Judge